IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **DARRELL WAYNE CAPELLE** <br> **BREANDA J. CAPELLE, and** <br> **KRYSTAL ANNE CAPELLE** | **PLAINTIFFS** |
| VS.    NO. 3:04CV00001WRW | |
| **BAYER CORPORATION, BAYER A.G.,** <br> **and WAL-MART STORES, INC.** | **DEFENDANTS** |

### ORDER

Pending is a Joint Stipulation of Dismissal (Doc. No. 7).

For good cause shown, the Joint Stipulation of Dismissal is GRANTED. Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of May 2006.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE